CITY OF NEW ORLEANS v. STAR MUTUAL INSURANCE COMPANY.

APPEAL from the Second District Court of New Orleans, *Thomas, J. L. M. Day,* for appellee. *E. W. Huntington,* for appellant.

HOWELL, J. This case presents the same facts and points of law as arose in that of *City of New Orleans* v. *Union Insurance Company,* No. 596 of the docket of this Court, decided on the 28th May, 1866, and for the reasons therein assigned :

It is ordered that the judgment appealed from be affirmed, with costs.